**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000256
09-MAR-2021
10:12 AM
Dkt. 45 OGMD

NO. CAAP-20-0000256

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOSHUA K. PONCE, Claimant-Appellant/Appellee, v.
KAJIMA USA, INC. doing business as HAWAIIAN DREDGING
CONSTRUCTION COMPANY, INC., Employer-Cross-Appellant/Appellant,
and LIBERTY MUTUAL INSURANCE COMPANY,
Insurance Carrier-Cross-Appellant/Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-077(M); DCD NO. 2-17-07228)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Employer-Cross-Appellant/ Appellant Kajima USA, Inc. doing business as Hawaiian Dredging Construction Company, Inc.'s and Insurance Carrier-Cross-Appellant/Appellant Liberty Mutual Insurance Company's January 12, 2021 Notice of Dismissal of Appeal, which the court construes as a motion to dismiss the appeal under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 9, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge